IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02444-RTG

PAULINO SOAVES FELICIANO,

Petitioner,

v.

[NO NAMED RESPONDENT],

Respondent.

---

**ORDER OF DISMISSAL**

---

Petitioner Paulino Soaves Feliciano is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On June 1, 2026, Petitioner filed *pro se* a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), and a Request for Appointment of Counsel. (ECF Nos. 1, 2, 3). Accordingly, this habeas corpus action was opened.

On June 2, 2026, the Court ordered Petitioner to cure certain filing deficiencies. (ECF No. 5). Specifically, Petitioner was directed to file a pleading on a court-approved form. (*Id.* at 2-3); *see also* D.C.COLO.LCivR 5.1(c) (requiring unrepresented parties to use the forms posted on the court's website). Petitioner was also ordered to either pay the applicable filing fee or submit an *in forma pauperis* motion on the court-approved form. (*Id.*). The Court gave Petitioner 30 days to comply and warned that failure to cure

the defects would result in the dismissal of this action without further notice. (*Id.*).

Although the filing fee was received after the Court issued its order to cure, Petitioner has not filed a pleading on a court-approved form or otherwise communicated with the Court in any manner—and the time to do so has passed. (*See* docket). Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Petitioner must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute. It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 31st day of July, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court